IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

IN RE: TRANSFER OF PASSBOOK SAVINGS
ACCOUNTS TO UNITED BANK

Civil Action Number: 2:05mc5

## ORDER

It appears to the Court that the funds in the money market checking account for civil action 2:05mc5 will receive a higher rate of return in a NOW account at United Bank in Wheeling than the funds are presently receiving from the Davis Trust Company in Elkins. The amount of funds in this account is $48,077.56 plus interest earned since November 30, 2007.

It is so ORDERED, civil case 2:05mc5 funds be transferred from the Davis Trust Company in Elkins, WV to the United Bank in Wheeling, WV.

Entered: January 24, 2008

IRENE M. KEELEY
CHIEF JUDGE